IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | |
|---|---|
| CAROL CROWNOVER,<br>　　Plaintiff,<br><br>v.<br><br>NANCY CROWNOVER, Individually<br>and in Her Capacity as Co-Trustee of<br>The Running "M" Ranch Irrevocable<br>Trust,<br>　　Defendants. | §<br>§<br>§  Civil Action No.<br>§  2:15-CV-132–AM–CW<br>§<br>§<br>§<br>§<br>§<br>§ |

## PROTECTIVE ORDER

Based on representations made by both parties during a status hearing, it is clear that a protective order is necessary to facilitate the taking of depositions. Under Rule 26(c), the Court may issue a protective order "to protect a party or person from annoyance, embarrassment, oppression, or undue burden or expense . . . by "designating the persons who may be present while the discovery is conducted." Fed. R. Civ. P. 26(c)(1)(E). To protect deponents from annoyance, it is hereby **ORDERED** that only one attorney at a time from each side shall be permitted to conduct the deposition. Although other counsel may be present, no other attorney shall be permitted to ask questions, make objections, or otherwise interject during the entire length of the deposition.

　　**SIGNED** on July 12, 2017.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　COLLIS WHITE
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE